UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JORGE M. MANDRY,
a/k/a "Jorge Nuniz"

Crim. No. 18-317 (BRM)

**ORDER MODIFYING CONDITIONS OF RELEASE**

**THIS MATTER** having come before the Court on application of the defendant Jorge Mandry (hereinafter "Mr. Mandry") for modification of his bail terms for by and through his attorney, Jarred S. Freeman, Esq. The United States and the United States Attorney's Office (Meredith J. Williams) and Pre-Trial consents to the below modifications.

**IT IS** on the 30th of May, 2018

**ORDERED** that Mr. Mandry's bail conditions are amended as follows:

a) Mr. Mandry will no longer be on house detention, instead he will have a curfew of 6:00 a.m. to 9:00 p.m.

**IT IS FURTHER ORDERED** that all other bail conditions remain in place, including, but not limited to, electronic monitoring and refraining from contacting the co-defendant, witnesses and victims.

Hon. Brian R. Martinotti
United States District Court Judge